GREENSPON-NEWMAN, INC., Appellant and Respondent, v. THE CUNARD STEAM SHIP COMPANY, LTD., Respondent and Appellant.

(Argued May 5, 1930; decided May 6, 1930.)

George de Forest Lord for motion.
Harry D. Thirkield opposed.

Motion for leave to withdraw appeal and to dismiss plaintiff's appeal granted upon tender by the defendant to the plaintiff of the sum of $2,140.48, such tender to be made within ten days.